# EXHIBIT 1

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MELVIN COLON | ) | Case No. 11-576(WHP) |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: FACEBOOK Legal Department
156 University Avenue
Palo Alto, California 94301
650-543-4800 650-543-4801 (fax)

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Southern District of New York United States Courthouse 500 Pearl Street, New York, NY 10013 | Courtroom No.: ~~11B~~ 11 D |
|---|---|---|
| | | Date and Time: 09/21/2012 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All documents pertaining to Facebook URL.:   PERSONAL APPEARANCE NOT REQUIRED IF RECEIVED PRIOR TO
http://www.facebook.com/devin.morris.319452         COURT DATE
from date of account creation to present , including, but not limited to:
1. All photoprints and Neoprints, 2) IP Logs, 3) Profile, 4) Dates and time of login, 5) Subscriber Information,
6. All images pertaining to account, 7) Email address provided, 8) Date profile was created, 9) private journal entries
10) private messages in the user's inbox, trash and sent mail, 11) private blog entries, 12) all deleted messages, posts,

(SEAL)

Date: 9/12/12

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   MELVIN COLON
_____, who requests this subpoena, are:

MITCHELL DINNERSTEIN, ESQ.
ATTORNEY AT LAW
350 BROADWAY
SUITE 700
NEW YORK, NEW YORK 10013
212-925-0793 (OFFICE)
917-763-2897 (CELL)