Cc41mert

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4               v.                          11 CR 576 (WHP)

5   JOSHUA MEREGILDO, MELVIN
    COLON, EARL PIERCE, and
6   NOLBERT MIRANDA,

7               Defendants.

8   ------------------------------x

9                                          New York, N.Y.
                                           December 4, 2012
10                                         10:18 a.m.

11

12  Before:

13                  HON. WILLIAM H. PAULEY III,

14                                         District Judge

15                  APPEARANCES

16  PREET BHARARA
         United States Attorney for the
17       Southern District of New York
    NOLA HELLER
18  ADAM FEE
    SANTOSH ARAVIND
19       Assistant United States Attorneys

20

    WINSTON LEE
21  YING STAFFORD
         Attorneys for Defendant Meregildo
22
    MITCHELL DINNERSTEIN
23       Attorneys for Defendant Colon

24  FLORIAN MIEDEL
    AARON MYSLIWIEC
25       Attorneys for Defendant Pierce

Cc41mert

APPEARANCES (Continued)


GARY BECKER
     Attorneys for Defendant Miranda

ALSO PRESENT:
Special Agent Patrick Collins, ATF
Paralegal Specialist Darci Brady

Cc41mert

```
 1              (Trial resumed)

 2              (In open court; jury not present)

 3              THE COURT:  All right.  Good morning, everyone.

 4         The jury commenced deliberations this morning at 9:35.

 5         I received a letter application from Mr. Becker

 6    overnight requesting that the court supplement its instruction

 7    yesterday afternoon.  Does anyone want to be heard with respect

 8    to it?  After receiving it, Mr. Becker, I must say that my

 9    intention is to deny the application.

10              MR. BECKER:  Your Honor --

11              THE COURT:  I don't see that there's anything else

12    that you can add to what's in your letter.

13              MR. BECKER:  Just one or two sentences, maximum.  I

14    promise.

15         The jury note, as I said yesterday, was less than a

16    model of clarity.  We were all guilty of that frequently, but

17    we are wordsmiths and we choose all our words very carefully,

18    and the jury are laypeople, and it occurred to me after court

19    yesterday that I think what the jury may really have been

20    asking is:  Wait a minute, if we find that somebody sold drugs

21    on the streets of Courtlandt Avenue, is that enough to convict

22    him of the conspiracy count?  And that, of course, was what I

23    argued in my summation -- namely, that it wasn't enough.  And

24    what the court told the jury yesterday was everything but that,

25    and it seems to me, you know, it told the jury that there's no
```

Cc41mert

1    substantive charge, it told the jury that the distribution was

2    an object of the conspiracy, and it told the jury that the

3    court -- that the jury could consider distribution in

4    considering whether the conspiracy was proven, but it never

5    told the jury that distribution by itself is insufficient, and

6    to round out the charge and give the jury a full understanding

7    of the issue in response to their note, it seems to me a

8    one-sentence supplemental instruction is not only appropriate

9    but it's really critical to ensuring Mr. Miranda's right to a

10   fair trial, and so I would respectfully ask the court to

11   reconsider its preliminary view and to give that very short

12   supplemental instruction.  There's no prejudice to the

13   government, it's an accurate statement of law, and we all want

14   a verdict that is a product of a fully informed, properly

15   instructed jury, and so for those reasons, I would respectfully

16   ask your Honor to reconsider and give a one-sentence

17   supplemental instruction.

18            THE COURT:  Does the government want to be heard?

19            MS. HELLER:  No, your Honor.

20            THE COURT:  All right.  Mr. Becker, I'm declining the

21   defendant Miranda's request.

22            Now yesterday, by mistake, the two notes were marked

23   as Court Exhibits 8 and 9.  They should have been marked as 9

24   and 10, because there was an 8 that was marked the preceding

25   session.  I'm physically changing the transcript to reflect the

Cc41mert

1    proper numbers for yesterday for those two court exhibits.

2         And the court received a note this morning, which

3    we'll mark as Court Exhibit 11.  It reads as follows:

4         "We've reached a verdict."  And it's signed by the

5    foreperson.

6         Mark it as Court Exhibit 11 and show it to counsel.

7         MR. BECKER:  Your Honor, I just wanted the record to

8    be clear.  Am I correct that the court's declination of my

9    letter request to supplement -- to give a supplemental

10   one-sentence jury charge was not influenced by the fact that

11   the jury has sent in a note that they have a verdict?

12        THE COURT:  Not in any way.  After receiving your

13   letter, I determined that I was going to deny the application

14   when we convened on the record.

15        MR. BECKER:  Thank you.

16        THE COURT:  All right.  Let's bring in the jury.

17        THE CLERK:  Come to order.  Jury entering.

18        (Jury present)

19        THE COURT:  Good morning, members of the jury.

20        THE JURORS:  Good morning.

21        THE COURT:  A short time ago I received a note from

22   you that we marked as Court Exhibit 11 informing me that you

23   have reached a verdict.

24        At this time I'd ask that my deputy retrieve the

25   verdict sheet from the foreperson for my review.

Cc41mert

```
 1          (Pause)
 2          THE COURT:  Please return the verdict sheet to the
 3   foreperson.
 4          Madam Foreperson, I'd ask that you stand.
 5          Madam Foreperson, with respect to Count Three,
 6   conspiracy to murder members of the Melrose organization in aid
 7   of racketeering as charged against Earl Pierce, how does the
 8   jury find the defendant; not guilty or guilty?
 9          THE FOREPERSON:  Guilty.
10          THE COURT:  With respect to Count Four, the murder of
11   Jason Correa in aid of racketeering as charged against the
12   defendant Earl Pierce, how does the jury find the defendant,
13   not guilty or guilty?
14          THE FOREPERSON:  Not guilty.
15          THE COURT:  With respect to Count Five, conspiracy to
16   murder Carrel Ogarro in aid of racketeering as charged against
17   Joshua Meregildo, how does the jury find the defendant, not
18   guilty or guilty?
19          THE FOREPERSON:  Guilty.
20          THE COURT:  With respect to Count Six, the murder of
21   Carrel Ogarro in aid of racketeering as charged against Joshua
22   Meregildo, how does the jury find the defendant, not guilty or
23   guilty?
24          THE FOREPERSON:  Guilty.
25          THE COURT:  With respect to Count Seven, conspiracy to
```

Cc41mert

1    murder Delquan Alston in aid of racketeering as charged against

2    the defendant Melvin Colon, how does the jury find the

3    defendant, not guilty or guilty?

4              THE FOREPERSON:  Guilty.

5              THE COURT:  With respect to Count Eight, the murder of

6    Delquan Alston in aid of racketeering as charged against Melvin

7    Colon, how does the jury find the defendant, not guilty or

8    guilty?

9              THE FOREPERSON:  Guilty.

10             THE COURT:  With respect to Count Nine, the conspiracy

11   to murder members of the 321 organization in aid of

12   racketeering as charged against Joshua Meregildo and Earl

13   Pierce, how does the jury find with respect to Joshua

14   Meregildo, not guilty or guilty?

15             THE FOREPERSON:  Not guilty.

16             THE COURT:  With respect to the defendant Earl Pierce,

17   how does the jury find, not guilty or guilty?

18             THE FOREPERSON:  Not guilty.

19             THE COURT:  With respect to Count Ten, the assault and

20   attempted murder of Tarean Joseph in aid of racketeering as

21   charged against Joshua Meregildo and Earl Pierce, how does the

22   jury find with respect to the defendant Joshua Meregildo, not

23   guilty or guilty?

24             THE FOREPERSON:  Not guilty.

25             THE COURT:  With respect to the defendant Earl Pierce,

Cc41mert

```
 1    how does the jury find?

 2                THE FOREPERSON:  Guilty.

 3                THE COURT:  With respect to question 10.1:  Did the

 4    government prove beyond a reasonable doubt that the defendant

 5    Earl Pierce assaulted Tarean Joseph?  How does the jury answer

 6    that question, no or yes?

 7                THE FOREPERSON:  Yes.

 8                THE COURT:  And with respect to question 10.2:  Did

 9    the government prove beyond a reasonable doubt that the

10    defendant Earl Pierce attempted to murder Tarean Joseph?  How

11    does the jury answer that question, no or yes?

12                THE FOREPERSON:  Yes.

13                THE COURT:  And did the jury leave its answers blank

14    with respect to the defendant Joshua Meregildo for

15    questions 10.1 and 10.2?

16                THE FOREPERSON:  Yes, we did.

17                THE COURT:  With respect to Count Eleven, conspiracy

18    to murder members of the Maria Lopez crew in aid of

19    racketeering as charged against Melvin Colon, how does the jury

20    find with respect to Melvin Colon, not guilty or guilty?

21                THE FOREPERSON:  Guilty.

22                THE COURT:  With respect to Count Twelve, assault and

23    attempted murder of Jing Bao Jiang in aid of racketeering as

24    charged against Melvin Colon, how does the jury find the

25    defendant, not guilty or guilty?
```

Cc41mert

1              THE FOREPERSON:  Guilty.

2              THE COURT:  Did the government prove beyond a

3    reasonable doubt that the defendant Melvin Colon assaulted Jing

4    Bao Jiang?  How does the jury answer that question, no or yes?

5              THE FOREPERSON:  Yes.

6              THE COURT:  Did the government prove beyond a

7    reasonable doubt that the defendant Melvin Colon attempted to

8    murder Jing Bao Jiang?  How does the jury answer that question,

9    no or yes?

10             THE FOREPERSON:  No.

11             THE COURT:  With respect to Count Thirteen, the

12   narcotics conspiracy as charged against Joshua Meregildo,

13   Melvin Colon, Earl Pierce, and Nolbert Miranda, how does the

14   jury find with respect to the defendant Joshua Meregildo, not

15   guilty or guilty?

16             THE FOREPERSON:  Guilty.

17             THE COURT:  How does the jury find with respect to the

18   defendant Melvin Colon, not guilty or guilty?

19             THE FOREPERSON:  Guilty.

20             THE COURT:  How does the jury find with respect to the

21   defendant Earl Pierce, not guilty or guilty?

22             THE FOREPERSON:  Guilty.

23             THE COURT:  How does the jury find with respect to the

24   defendant Nolbert Miranda, not guilty or guilty?

25             THE FOREPERSON:  Guilty.

Cc41mert

1          THE COURT:  With respect to the defendant Joshua

2     Meregildo, did he have either personal involvement with or was

3     it reasonably foreseeable to him that the narcotics conspiracy

4     involved marijuana?  How does the jury answer that question, no

5     or yes?

6          THE FOREPERSON:  Yes.

7          THE COURT:  With respect to the defendant Melvin

8     Colon, does the jury find that he had either personal

9     involvement with or it was reasonably foreseeable to him that

10    the narcotics conspiracy involved marijuana?  How does the jury

11    answer that question, no or yes?

12         THE FOREPERSON:  Yes.

13         THE COURT:  With respect to Earl Pierce, how does the

14    jury answer the question whether he had personal involvement

15    with or it was reasonably foreseeable to him that the narcotics

16    conspiracy involved marijuana, no or yes?

17         THE FOREPERSON:  Yes.

18         THE COURT:  With respect to the defendant Nolbert

19    Miranda, how does the jury answer the question as to whether he

20    had personal involvement with or it was reasonably foreseeable

21    to him that the narcotics conspiracy involved marijuana, no or

22    yes?

23         THE FOREPERSON:  No.

24         THE COURT:  With respect to question 13.2, did the

25    defendant Joshua Meregildo either have personal involvement

Cc41mert

1    with or was it reasonably foreseeable to him that the narcotics

2    conspiracy involved crack cocaine?  How does the jury answer

3    that question, no or yes?

4         THE FOREPERSON:  Yes.

5         THE COURT:  With respect to the defendant Melvin

6    Colon, how does the jury find as to whether he had either

7    personal involvement with or it was reasonably foreseeable to

8    him that the narcotics conspiracy involved crack cocaine, no or

9    yes?

10         THE FOREPERSON:  Yes.

11         THE COURT:  With respect to the defendant Earl Pierce,

12    how does the jury answer the question as to whether he had

13    personal involvement with or it was reasonably foreseeable to

14    him that the narcotics conspiracy involved crack cocaine, no or

15    yes?

16         THE FOREPERSON:  Yes.

17         THE COURT:  With respect to the defendant Nolbert

18    Miranda, how does the jury answer the question as to whether he

19    had either personal involvement with or it was reasonably

20    foreseeable to him that the narcotics conspiracy involved crack

21    cocaine, no or yes?

22         THE FOREPERSON:  Yes.

23         THE COURT:  Now with respect to question 13.3, what

24    amount of crack cocaine did the defendants you are considering

25    either have personal involvement with or was it reasonably

Cc41mert

1   foreseeable to them was involved in the narcotics conspiracy?

2   With respect to the defendant Joshua Meregildo, what amount

3   does the jury find?

4           THE FOREPERSON:  280 grams or more.

5           THE COURT:  With respect to the defendant Melvin

6   Colon, what amount does the jury find?

7           THE FOREPERSON:  280 grams or more.

8           THE COURT:  With respect to the defendant Earl Pierce,

9   what amount does the jury find?

10          THE FOREPERSON:  280 grams or more.

11          THE COURT:  With respect to the defendant Nolbert

12  Miranda, what amount does the jury find?

13          THE FOREPERSON:  28 grams or more but less than

14  280 grams.

15          THE COURT:  And were those the only four boxes that

16  were checked in answer to question 13.3?

17          THE FOREPERSON:  Yes.

18          THE COURT:  Now with respect to Count Fourteen, the

19  murder of Jason Correa in connection with a drug crime as

20  charged against Earl Pierce, how does the jury find with

21  respect to that defendant, not guilty or guilty?

22          THE FOREPERSON:  Not guilty.

23          THE COURT:  With respect to the murder of Carrel

24  Ogarro in connection with a drug crime as charged against

25  Joshua Meregildo, how does the jury find the defendant

Cc41mert

1    Mr. Meregildo, not guilty or guilty?

2            THE FOREPERSON:  Guilty.

3            THE COURT:  With respect to Count Sixteen, the murder

4    of Delquan Alston in connection with a drug crime as charged

5    against Melvin Colon, how does the jury find the defendant

6    Melvin Colon, not guilty or guilty?

7            THE FOREPERSON:  Guilty.

8            THE COURT:  With respect to Count Seventeen, the

9    firearm possession or use during or in furtherance of the

10   murder of Jason Correa as charged against Earl Pierce, how does

11   the jury find with respect to the defendant Earl Pierce, not

12   guilty or guilty?

13           THE FOREPERSON:  We didn't answer this --

14           THE COURT:  Very well.

15           THE FOREPERSON:  -- because of the instruction.

16           THE COURT:  Very well.  Count Eighteen, firearm

17   possession or use during or in furtherance of the murder of

18   Carrel Ogarro as charged against Joshua Meregildo.  How does

19   the jury find with respect to the defendant Meregildo, not

20   guilty or guilty?

21           THE FOREPERSON:  Guilty.

22           THE COURT:  Count Nineteen, firearm possession or use

23   during or in furtherance of the murder of Delquan Alston as

24   charged against Melvin Colon, how does the jury find the

25   defendant Melvin Colon with respect to Count Nineteen, not

Cc41mert

1    guilty or guilty?

2              THE FOREPERSON:  Guilty.

3              THE COURT:  With respect to Count Twenty, firearm

4    possession or use during or in furtherance of the assault and

5    attempted murder of Tarean Joseph as charged against Joshua

6    Meregildo and Earl Pierce, how does the jury find with respect

7    to the defendant Joshua Meregildo on Count Twenty, not guilty

8    or guilty?

9              THE FOREPERSON:  We didn't answer in regards to the

10   instruction.

11             THE COURT:  And is the same also true with respect to

12   Mr. Pierce?

13             THE FOREPERSON:  No.

14             THE COURT:  All right.  How does the jury find with

15   respect to Mr. Pierce and Count Twenty, not guilty or guilty?

16             THE FOREPERSON:  Guilty.

17             THE COURT:  Now did the government prove beyond a

18   reasonable doubt that Mr. Earl Pierce brandished a firearm?

19   How does the jury answer that question, no or yes?

20             THE FOREPERSON:  Yes.

21             THE COURT:  Did the government prove beyond a

22   reasonable doubt that a firearm was discharged?  How does the

23   jury answer that question, with respect to Mr. Pierce?

24             THE FOREPERSON:  Yes.

25             THE COURT:  And did the jury leave the answers blank

Cc41mert

1  with respect to Mr. Meregildo?

2              THE FOREPERSON:  Yes.

3              THE COURT:  With respect to Count Twenty-one, firearms

4  possession or use during or in furtherance of the conspiracy to

5  murder members of the Maria Lopez crew as charged against

6  Melvin Colon, how does the jury find the defendant Melvin Colon

7  with respect to Count Twenty-one, not guilty or guilty?

8              THE FOREPERSON:  Guilty.

9              THE COURT:  Did the government prove beyond a

10  reasonable doubt that a firearm was brandished?

11              THE FOREPERSON:  Yes.

12              THE COURT:  How does the jury answer that, no or yes?

13              THE FOREPERSON:  Yes.  Sorry.

14              THE COURT:  Did the government prove beyond a

15  reasonable doubt that a firearm was discharged?  How does the

16  jury answer that question, no or yes?

17              THE FOREPERSON:  Yes.

18              THE COURT:  With respect to Count Twenty-two, firearm

19  possession or use during or in furtherance of a narcotics

20  conspiracy as charged against Joshua Meregildo, Melvin Colon,

21  Earl Pierce, and Nolbert Miranda, how does the jury find the

22  defendant Joshua Meregildo with respect to Count Twenty-two,

23  not guilty or guilty?

24              THE FOREPERSON:  Guilty.

25              THE COURT:  How does the jury find the defendant

Cc41mert

1    Melvin Colon with respect to Count Twenty-two, not guilty or

2    guilty?

3            THE FOREPERSON:  Guilty.

4            THE COURT:  How does the jury find the defendant Earl

5    Pierce with respect to Count Twenty-two, not guilty or guilty?

6            THE FOREPERSON:  Guilty.

7            THE COURT:  How does the jury find the defendant

8    Nolbert Miranda with respect to Count Twenty-two, not guilty or

9    guilty?

10            THE FOREPERSON:  Not guilty.

11            THE COURT:  With respect to Count Two, racketeering

12    conspiracy as charged against Joshua Meregildo, Melvin Colon,

13    Earl Pierce, and Nolbert Miranda, how does the jury find the

14    defendant Joshua Meregildo with respect to Count Two, not

15    guilty or guilty?

16            THE FOREPERSON:  Guilty.

17            THE COURT:  How does the jury find the defendant

18    Melvin Colon with respect to Count Two, not guilty or guilty?

19            THE FOREPERSON:  Guilty.

20            THE COURT:  How does the jury find the defendant Earl

21    Pierce with respect to Count Two, not guilty or guilty?

22            THE FOREPERSON:  Guilty.

23            THE COURT:  How does the jury find the defendant

24    Nolbert Miranda with respect to Count Two, not guilty or

25    guilty?

Cc41mert

1              THE FOREPERSON:  Not guilty.

2              THE COURT:  With respect to Count One, the

3     racketeering enterprise as charged against Joshua Meregildo,

4     Melvin Colon, and Earl Pierce, first, how does the jury answer

5     the question:  Did you find Joshua Meregildo guilty of Count

6     Five, Count Six or both?  How does the jury answer that

7     question, no or yes?

8              THE FOREPERSON:  Yes.

9              THE COURT:  With respect to Racketeering Act 4, how

10    does the jury answer the question:  Did you find Joshua

11    Meregildo guilty of Count Nine, Count Ten, or both?  How did

12    the jury answer that question, no or yes?

13             THE FOREPERSON:  No.

14             THE COURT:  With respect to Racketeering Act 6:  Did

15    you find Joshua Meregildo guilty of Count Thirteen?  How does

16    the jury answer that question, no or yes?

17             THE FOREPERSON:  Yes.

18             THE COURT:  With respect to the racketeering act as

19    charged against Melvin Colon, Racketeering Act 3, how does the

20    jury answer the question:  Did you find Melvin Colon guilty of

21    Count Seven, Count Eight, or both?

22             THE FOREPERSON:  Yes.

23             THE COURT:  With respect to Racketeering Act 5, how

24    does the jury answer the question:  Did you find Melvin Colon

25    guilty of Count Eleven, Count Twelve, or both?  How does the

Cc41mert

1    jury answer that question, no or yes?

2              THE FOREPERSON:  Yes.

3              THE COURT:  With respect to Racketeering Act 6, how

4    does the jury answer the question:  Did you find Melvin Colon

5    guilty of Count Thirteen?  How does the jury answer that

6    question, no or yes?

7              THE FOREPERSON:  Yes.

8              THE COURT:  Turning to the racketeering acts as

9    charged against Earl Pierce, Racketeering Act 1:  Did you find

10   Earl Pierce guilty of Count Three, Count Four, or both?  How

11   does the jury answer that question, no or yes?

12             THE FOREPERSON:  Yes.

13             THE COURT:  With respect to Racketeering Act 4:  Did

14   you find Earl Pierce guilty of Count Nine, Count Ten, or both?

15   How does the jury answer that question, no or yes?

16             THE FOREPERSON:  Yes.

17             THE COURT:  With respect to Racketeering Act 6:  Did

18   you find Earl Pierce guilty of Count Thirteen?  How does the

19   jury answer that question, no or yes?

20             THE FOREPERSON:  Yes.

21             THE COURT:  How do you find each defendant with

22   respect to Count One?

23             With respect to Joshua Meregildo, how does the jury

24   find, not guilty or guilty?

25             THE FOREPERSON:  Guilty.

Cc41mert

1           THE COURT:  With respect to Melvin Colon, how does the

2    jury find, not guilty or guilty?

3           THE FOREPERSON:  Guilty.

4           THE COURT:  With respect to Earl Pierce, how does the

5    jury find, not guilty or guilty?

6           THE FOREPERSON:  Guilty.

7           THE COURT:  And is the verdict sheet dated and signed

8    by you, Madam Foreperson?

9           THE FOREPERSON:  Yes.

10          THE COURT:  You may be seated.

11          Please retrieve the verdict sheet, mark it as Court

12   Exhibit 12, and show it to counsel.

13          (Pause)

14          THE COURT:  Are there any further applications by

15   counsel before the court discharges the jury?

16          MR. BECKER:  I respectfully request, your Honor, that

17   your Honor poll the jury.

18          MR. LEE:  That's my request also, your Honor.

19          MR. DINNERSTEIN:  I have the same request, your Honor.

20          THE COURT:  All right.  Members of the jury, listen

21   closely as I read your verdict as it stands recorded in this

22   court.

23          As to Count Three, conspiracy to murder members of the

24   Melrose organization in aid of racketeering as charged against

25   Earl Pierce, the jury finds the defendant Earl Pierce guilty.

Cc41mert

1          With respect to Count Four, the murder of Jason Correa

2   in aid of racketeering as charged against the defendant Earl

3   Pierce, the jury finds the defendant Earl Pierce not guilty.

4          With respect to Count Five, the conspiracy to murder

5   Carrel Ogarro in aid of racketeering as charged against the

6   defendant Joshua Meregildo, the jury finds the defendant Joshua

7   Meregildo guilty.

8          With respect to Count Six, the murder of Carrel Ogarro

9   in aid of racketeering as charged against Joshua Meregildo, the

10  jury finds the defendant Joshua Meregildo guilty.

11         With respect to Count Seven, the conspiracy to murder

12  Delquan Alston in aid of racketeering as charged against the

13  defendant Melvin Colon, the jury finds the defendant Melvin

14  Colon guilty.

15         With respect to Count Eight, the murder of Delquan

16  Alston in aid of racketeering as charged against Melvin Colon,

17  the jury finds the defendant Melvin Colon guilty.

18         With respect to Count Nine, the conspiracy to murder

19  members of the 321 organization in aid of racketeering as

20  charged against Joshua Meregildo, and Earl Pierce, the jury

21  finds the defendant Joshua Meregildo not guilty.  The jury also

22  finds the defendant Earl Pierce not guilty.

23         With respect to Count Ten, assault and attempted

24  murder of Tarean Joseph in aid of racketeering as charged

25  against Joshua Meregildo and Earl Pierce, the jury finds the

Cc41mert

1    defendant Joshua Meregildo not guilty and the jury finds the

2    defendant Earl Pierce guilty.

3         With respect to whether the government proved beyond a

4    reasonable doubt that Earl Pierce assaulted Tarean Joseph, the

5    jury answers that question yes.

6         With respect to the question of whether the government

7    proved beyond a reasonable doubt that the defendant Earl Pierce

8    attempted to murder Tarean Joseph, the jury answers that

9    question yes.

10        With respect to Count Eleven, the conspiracy to murder

11   members of the Maria Lopez crew in aid of racketeering as

12   charged against Melvin Colon, the jury finds the defendant

13   Melvin Colon guilty.

14        With respect to Count Twelve, the assault and

15   attempted murder of Jing Bao Jiang in aid of racketeering as

16   charged against Melvin Colon, the jury finds the defendant

17   Melvin Colon guilty.

18        With respect to the question of whether the government

19   proved beyond a reasonable doubt that the defendant Melvin

20   Colon assaulted Jing Bao Jiang, the jury answers that question

21   yes.

22        With respect to the question of whether the government

23   proved beyond a reasonable doubt that the defendant Melvin

24   Colon attempted to murder Jing Bao Jiang, the jury answers that

25   question no.

Cc41mert

1          With respect to Count Thirteen, the narcotics

2  conspiracy as charged against Joshua Meregildo, Melvin Colon,

3  Earl Pierce, and Nolbert Miranda, the jury finds the defendant

4  Joshua Meregildo guilty, the jury finds the defendant Melvin

5  Colon guilty, the jury finds the defendant Earl Pierce guilty,

6  and the jury finds the defendant Nolbert Miranda guilty.

7          With respect to whether each of those defendants had a

8  personal involvement with or it was reasonably foreseeable to

9  him that the narcotics conspiracy involved marijuana, the jury

10 answered that question yes with respect to Mr. Meregildo, yes

11 with respect to Mr. Colon, yes with respect to Mr. Pierce, and

12 no with respect to Mr. Miranda.

13         As to the question of whether those defendants either

14 had a personal involvement with or it was reasonably

15 foreseeable to him that the narcotics conspiracy involved crack

16 cocaine, the jury answered that question yes for Mr. Meregildo,

17 yes for Mr. Colon, yes for Mr. Pierce, and yes for Mr. Miranda.

18         With respect to the amount that they either had a

19 personal involvement with or it was reasonably foreseeable to

20 them was involved in the narcotics conspiracy, the jury answers

21 280 grams or more with respect to Mr. Meregildo, Mr. Colon, and

22 Mr. Pierce; and 28 grams or more but less than 280 grams with

23 respect to Mr. Miranda.

24         As to Count Fourteen, the murder of Jason Correa in

25 connection with a drug crime as charged against Earl Pierce,

Cc41mert

1   the jury finds the defendant Earl Pierce not guilty.

2           With respect to the murder of Carrel Ogarro in

3   connection with a drug crime as charged against Joshua

4   Meregildo, the jury finds the defendant Joshua Meregildo

5   guilty.

6           With respect to Count Sixteen, the murder of Delquan

7   Alston in connection with a drug crime as charged against

8   Melvin Colon, the jury finds the defendant Melvin Colon guilty.

9           With respect to Count Seventeen, firearm possession or

10  use during or in furtherance of the murder of Jason Correa as

11  charged against Earl Pierce, the jury did not answer that

12  question.

13          With respect to Count Eighteen, firearm possession or

14  use during or in furtherance of the murder of Carrel Ogarro as

15  charged against Joshua Meregildo, the jury finds the defendant

16  Joshua Meregildo guilty.

17          With respect to Count Nineteen, firearm possession or

18  use during or in furtherance of the murder of Delquan Alston as

19  charged against Melvin Colon, the jury finds the defendant

20  Melvin Colon guilty.

21          With respect to Count Twenty, firearm possession or

22  use during or in furtherance of the assault and attempted

23  murder of Tarean Joseph as charged against Joshua Meregildo and

24  Earl Pierce, the jury did not answer that question with respect

25  to Joshua Meregildo and determined that the defendant Earl

Cc41mert

1    Pierce was guilty of Count Twenty.

2              With respect to the question of whether the government

3    proved beyond a reasonable doubt that a firearm was brandished,

4    the jury answered yes with respect to Mr. Pierce and left the

5    question blank with respect to Mr. Meregildo.

6              With respect to the question of whether the government

7    proved beyond a reasonable doubt that a firearm was discharged,

8    the jury answered yes with respect to Mr. Pierce and left that

9    question blank with respect to Mr. Meregildo.

10             As to Count Twenty-one, firearm possession or use

11   during or in furtherance of the conspiracy to murder members of

12   the Maria Lopez crew as charged against Melvin Colon, the jury

13   found the defendant Melvin Colon guilty.

14             With respect to the question of whether the government

15   proved beyond a reasonable doubt that a firearm was brandished,

16   the jury answered that question yes.

17             With respect to the question of whether the government

18   proved beyond a reasonable doubt that a firearm was discharged,

19   the jury answered that question yes.

20             As to Count Twenty-two, firearm possession or use

21   during or in furtherance of a narcotics conspiracy as charged

22   against Joshua Meregildo, Melvin Colon, Earl Pierce, and

23   Nolbert Miranda, the jury found the defendant Joshua Meregildo

24   guilty, the jury found the defendant Melvin Colon guilty, the

25   jury found the defendant Earl Pierce guilty, the jury found the

Cc41mert

1    defendant Nolbert Miranda not guilty.

2              With respect to Count Two, racketeering conspiracy as

3    charged against Joshua Meregildo, Melvin Colon, Earl Pierce,

4    and Nolbert Miranda, the jury found the defendant Joshua

5    Meregildo guilty, the jury found the defendant Melvin Colon

6    guilty, the jury found the defendant Earl Pierce guilty, the

7    jury found the defendant Nolbert Miranda not guilty.

8              As to racketeering acts against Joshua Meregildo, the

9    jury answered yes to the question whether Joshua Meregildo was

10   guilty of Count Five, Count Six, or both; it answered no to the

11   question of whether Joshua Meregildo was guilty of Count Nine,

12   Count Ten, or both; and it answered yes as to whether Joshua

13   Meregildo was guilty of Count Thirteen.

14             As to the racketeering acts charged against Melvin

15   Colon, the jury answered yes to the question of whether Melvin

16   Colon was guilty of Count Seven, Count Eight, or both; it

17   answered yes as to whether the defendant Melvin Colon was

18   guilty of Count Eleven, Count Twelve, or both; and it answered

19   yes as to whether the defendant Melvin Colon was guilty of

20   Count Thirteen.

21             As to the racketeering acts charged against Earl

22   Pierce, the jury answered yes with respect to the question of

23   whether Earl Pierce was guilty of Count Three, Count Four, or

24   both; it answered yes with respect to the question of whether

25   Earl Pierce was guilty of Count Nine, Count Ten, or both; and

Cc41mert

1    it answered yes to the question of whether Earl Pierce was

2    guilty of Count Thirteen.

3           Finally, with respect to Count One, the jury found the

4    defendant Joshua Meregildo guilty, it found the defendant

5    Melvin Colon guilty, and it found the defendant Earl Pierce

6    guilty.

7           Juror number 1, is that your verdict?

8           JUROR NUMBER 1:  Yes.

9           THE COURT:  Juror number 2, is that your verdict?

10          JUROR NUMBER 2:  Yes.

11          THE COURT:  Juror number 3, is that your verdict?

12          JUROR NUMBER 3:  Yes.

13          THE COURT:  Juror number 4, is that your verdict?

14          JUROR NUMBER 4:  Yes.

15          THE COURT:  Juror number 5, is that your verdict?

16          JUROR NUMBER 5:  Yes.

17          THE COURT:  Juror number 6, is that your verdict?

18          JUROR NUMBER 6:  Yes.

19          THE COURT:  Juror number 7, is that your verdict?

20          JUROR NUMBER 7:  Yes.

21          THE COURT:  Juror number 8, is that your verdict?

22          JUROR NUMBER 8:  Yes.

23          THE COURT:  Juror number 9, is that your verdict?

24          JUROR NUMBER 9:  Yes.

25          THE COURT:  Juror number 10, is that your verdict?

Cc41mert

1           JUROR NUMBER 10:  Yes.

2           THE COURT:  Juror number 11, is that your verdict?

3           JUROR NUMBER 11:  Yes.

4           THE COURT:  Juror number 12, is that your verdict?

5           JUROR NUMBER 12:  Yes.

6           THE COURT:  All right.  The jury has been polled.  The

7    verdict is unanimous.

8           Are there any further applications before the court

9    discharges the jury?

10          Anything from the government?

11          MS. HELLER:  No, your Honor.

12          THE COURT:  Anything from the defendant Meregildo?

13          MR. LEE:  No, your Honor.

14          THE COURT:  Anything from the defendant Colon?

15          MR. DINNERSTEIN:  No, your Honor.

16          THE COURT:  Anything from the defendant Pierce?

17          MR. MIEDEL:  No, your Honor.

18          THE COURT:  Anything from the defendant Miranda?

19          MR. BECKER:  No, your Honor.

20          THE COURT:  Members of the jury, on behalf of the

21   parties and the court, I want to thank you for your service in

22   this case.  Service as a juror in a criminal case is always a

23   difficult challenge, and this case took longer than any of us

24   anticipated.  I appreciate your diligence, your attention to

25   detail, your care throughout these proceedings in hearing this

Cc41mert

1    case.  There's only one form of service that your country can

2    ask of you that's higher than jury service, and in the troubled

3    world that we live in, I hope that none of you are called to

4    that service.

5          I'm now going to relieve you of all the prohibitions

6    that I put on you throughout the course of this trial.  You may

7    discuss the case if you wish, or not.  That's entirely up to

8    you.  But I ask only that you respect the sanctity of jury

9    deliberations and that if you do speak about the case, you

10   speak only on your own behalf about what you thought.

11         So I'm going to discharge you at this time.  For those

12   of you who can stay a few minutes, I will come into the jury

13   room and chat with you for a few minutes before you head home.

14   For those who wish to leave, I thank you for your service.

15         Please recess the jury.

16         THE CLERK:  Come to order.  Jury exiting.

17         (Jury discharged)

18         THE COURT:  Are there any further applications at this

19   time?

20         MR. MIEDEL:  Your Honor, I would like the opportunity

21   to file any posttrial motions outside of the statutory period

22   sometime perhaps with a filing date in January or so.

23         MR. BECKER:  Your Honor?  If I may, I was going to ask

24   to speak to Mr. Miedel, but I think I can just speak on the

25   record.  I would also ask for the opportunity to file

Cc41mert

1    postverdict motions, and in view of the length of the record

2    and my calendar, a variety of items, I would ask for a

3    lengthier opportunity, sometime in February, if it pleases the

4    court, at least 60 days from today.

5            In addition, your Honor, I would respectfully ask that

6    the letter that I wrote to the court this morning regarding the

7    jury instruction be docketed.

8            THE COURT:  Oh, it will be docketed as with every

9    letter that's been submitted by any party throughout the course

10   of this case.  They will all be docketed as part of the record.

11   I consider them part of the record in this case.

12           MR. BECKER:  Thank you, your Honor.

13           And then finally, when the court speaks to the jury, I

14   know speaking for myself, and I'm sure for other attorneys in

15   the well, I always appreciate the opportunity to speak with

16   jurors if they're willing to, and I would be grateful if the

17   court could let the jurors know that one or more of the lawyers

18   may wish to speak with them.  Of course it's entirely up to

19   them.

20           THE COURT:  All right.

21           MR. DINNERSTEIN:  Your Honor, I also would join in

22   terms of the posttrial motions and would ask also for a lengthy

23   date.

24           MR. LEE:  Yes.  Meregildo will also be filing

25   postverdict motions and I do ask for a time period beyond the

Cc41mert

1    statutory period provided for, something in the area of what

2    Mr. Becker is asking for.

3            THE COURT:  Look, I'm always leery of fixing a date

4    that is beyond the statutory date for fear that the Second

5    Circuit will take a different view.  I'm glad to fix a date for

6    you in late January, early February to file motions, but I do

7    so only with the specific reservation to all of you that if the

8    federal rules require you to file a notice of motion within the

9    prescribed statutory time limit, then you should do that, and

10    if the briefing comes in later, I'm obviously going to receive

11    it, but I'm not going to fix a date and say it's all fine with

12    me and then find out that it really wasn't fine with the Court

13    of Appeals.

14            MR. MIEDEL:  Your Honor, I think the law is fairly

15    clear that as long as the court fixes a date within the seven-

16    or whatever-day period it is that's outside of the period, then

17    that absolves the parties of having to file within that period

18    of time.

19            THE COURT:  All right.  It's been a while since I've

20    looked at it.

21            I'll fix February 8th as a date to file motions.

22            MR. MIEDEL:  Thank you.

23            MR. BECKER:  Thank you, your Honor.

24            THE COURT:  Also, I'm going to fix a sentencing date.

25            When can the government get a response to the motions?

Cc41mert

| | |
|---|---|
| 1 | MS. HELLER:  30 days, your Honor. |
| 2 | THE COURT:  All right.  March 8th.  Any reply by |
| 3 | March 20th. |
| 4 | And I'll set this matter down for April 19 at 2 p.m. |
| 5 | for sentencing in this case. |
| 6 | Anything further? |
| 7 | MR. BECKER:  Is your Honor going to wait to receive |
| 8 | the parties' briefs before deciding whether oral argument is |
| 9 | appropriate? |
| 10 | THE COURT:  Yes. |
| 11 | MR. BECKER:  Okay.  Thank you. |
| 12 | MS. HELLER:  Nothing further from the government, your |
| 13 | Honor. |
| 14 | THE COURT:  Anything further from the defendants? |
| 15 | MR. MIEDEL:  Your Honor, I would just ask that at |
| 16 | least Mr. Pierce -- and I assume the same is probably true for |
| 17 | the other counsel -- that the marshals keep Mr. Pierce |
| 18 | downstairs for a while before transporting him back to Brooklyn |
| 19 | because I would like an opportunity to speak with him, |
| 20 | obviously. |
| 21 | THE COURT:  Yes.  I think that if that can be |
| 22 | accommodated? |
| 23 | THE MARSHAL:  Not a problem, your Honor. |
| 24 | THE COURT:  Very well.  Thank you so much. |
| 25 | Any other requests or applications from the defendants |

Cc41mert

1      at this time?

2              All right.  Then this matter is concluded.  The

3      defendants may be escorted from the courtroom.

4              (Defendants excused)

5              THE COURT:  I think everybody needs to get some rest.

6              MR. BECKER:  Thank you, your Honor.

7              THE CLERK:  All rise.

8                                    o0o

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25