# EXHIBIT 8

OCFS-4480A (Rev. 9/2004)

**Strengths:** A bright student. S.S. ☺ VERY SMART STUDENT ☺

**Progress Toward Addressing Focus Items:** ___

**Progress Toward Release Plan:** Now that Melvin has his GED, it would be nice if he would use his abilities to help others in science — R.

Melvin was tutoring student who was self-programming.

**Additional Comments:** Resident earned his GED. At times he works along with class in S.S. ☺ Congratulations!! Melvin has been acting much more mature, tutoring others, since receiving his GED — math. The English class is reading Lost in Yonkers. Melvin often chooses to not come to science class R. Melvin processes information quickly as well as reading and retains information clearly. RR

_____ 5/19/2010        Melvin Colon 5/19/10
Staff Signature        Review Date        Resident Signature        Review Date

LN Van Deusen
Staff Print Name


OCFS J

# New York State Office of Children and Family Services
## Official Education Transcript

**STUDENT:** COLON, MELVIN

### STUDENT INFORMATION

| | | | |
|---|---|---|---|
| STUDENT ADDRESS: | 6-U 280-300 EAST 161ST STREET BRONX NY 10451 | CASE NUMBER: | 182314 |
| | | DOB: | 04/19/1992 |
| | | GENDER: | Male |
| | | NYC ID: | 2638388104 |

**IMMUNIZATION RECORDS RECEIVED:** YES

**SCHOOL:** Brookwood
BOX 265
CLAVERACK NY 12513

**FROM:** 01/20/2010 **TO:** 05/27/2010

**CONTACT NAME:** CAROL PULLMAIN
**CONTACT PHONE:** (518) 851-3211

### EXAM RESULTS
#### GED EXAMINATION

| EXAM | SCORE | | FORM | DATE |
|---|---|---|---|---|
| Mathematics | 360 | Fail | IJ | 12/2009 |
| Reading | 480 | Pass | ID | 08/2009 |
| Science | 510 | Pass | ID | 08/2009 |
| Social Studies | 450 | Pass | ID | 08/2009 |
| Writing | 450 | Pass | ID | 08/2009 |
| Total | 2,250 | | GED Not Earned | |

#### REGENTS EXAMINATION

| EXAM | SCORE | | DATE |
|---|---|---|---|
| Global History and Geography | 48 | Pass | 06/2009 |

#### WOODCOCK-JOHNSON III

| FORM | TEST DATE | EXAM | GRADE EQUIVALENT | STANDARD SCORE | PERCENTILE RANK |
|---|---|---|---|---|---|
| C | 06/24/2009 | Broad Math | 13.0 | 104 | 61 |
| C | 06/24/2009 | Broad Reading | 13.0 | 107 | 68 |
| C | 06/24/2009 | Broad Writing | 13.0 | 105 | 64 |
| A | 07/24/2008 | Broad Math | 6.5 | 84 | 15 |
| A | 07/24/2008 | Broad Reading | 7.7 | 91 | 27 |
| A | 07/24/2008 | Broad Writing | 6.4 | 83 | 13 |

### EDUCATIONAL RECORD

| COURSES | SCHOOL YEAR | Q1 | Q2 | Q3 | Q4 | SUMMER | CREDITS | AVERAGE |
|---|---|---|---|---|---|---|---|---|
| English 10 | 2009-2010 | 55 | 55 | | | | 1.000 | 67.50 |
| English 10 | 2008-2009 | | | | 90 | 70 | | |
| English 09 | 2008-2009 | 80 | 90 | 80 | | | 1.000 | 82.50 |
| English 09 | 2007-2008 | | | | | 80 | | |
| Global Studies 10 | 2009-2010 | 90 | 88 | | | | 1.000 | 79.75 |

05/26/2010  11:38:02 AM