# EXHIBIT 11



mom — welo grandFather — Me — grandFather — Malik



god mom lisA — mom