# EXHIBIT 14

New View

**NYC Department of Juvenile Justice**
**SEEDS @ Passages Academy-Summit NSD School**
Sydney Blair, Principal
Marva Chevalier, SEEDS Executive Director

Zulma Ortiz, Assistant Principal          William Pratt, School Coordinator
Phone: (718) 861-2003                     Phone: (718) 861-0623

## EDUCATION/BEHAVIOR PERFORMANCE REPORT

Student's Name: Melvin Colon     Subject: All day     Date: 2/5/08

### STRENGTHS

(✓) Gets along with peers/teachers
(✓) Shows respect toward peers/teachers
( ) Initiates assisting in the classroom
(✓) Participates in classroom activities
( ) Completes assignments

(✓) Follows instructions
( ) Is cooperative and considerate towards the learning process

( )* Other _____

### AREA OF GROWTH

( ) Initiates physical aggressiveness towards teachers
( ) Verbally abusive toward peers/teachers
( ) Complains excessively of illness
( ) Fails to participate in classroom activities
( ) Fails to complete assignments
( ) Fails to follow instructions
( ) Highly disruptive, interferes with the learning process

( )* Other _____

*Note: Please provide a brief description for the areas identified in the Areas of Growth section of this summary: Resident was on task

INTERVENTION: (Briefly describe what actions were taken to develop student in the areas of growth identified) _____

CHILD CARE WORKER: _Alphuma Sealey_     FACILITY: _Mandela_

********IMPORTANT********

Group Home Case Manager Corrective Actions: _____

CASE MANAGER: _Caren Hoff_     FACILITY: _New View_

Your signature below confirms that you have received this information:

Director's Signature: (print) _Kimora Dawson_ (sign) _____

*** Return by fax @ (718) 861-0689 A.S.A.P. ***

Thank you for your cooperation.