# EXHIBIT 15

**NYC Department of Juvenile Justice**
**SEEDS @ Passages Academy-Summit NSD School**
Sydney Blair, Principal
Marva Chevalier, SEEDS Executive Director

Zulma Ortiz, Assistant Principal
Phone: (718) 861-2003

William Pratt, School Coordinator
Phone: (718) 861-0623

## EDUCATION /BEHAVIOR PERFORMANCE REPORT

Student's Name: Melvin Colon    Subject: All    Date: 2-11-08

### STRENGTHS

- (✓) Gets along with peers/teachers
- (✓) Shows respect toward peers/teachers
- (✓) Initiates assisting in the classroom
- (✓) Participates in classroom activities
- (✓) Completes assignments
- (✓) Follows instructions
- (✓) Is cooperative and considerate towards the learning process
- ( )* Other _____

### AREA OF GROWTH

- ( ) Initiates physical aggressiveness towards teachers
- ( ) Verbally abusive toward peers/teachers
- ( ) Complains excessively of illness
- ( ) Fails to participate in classroom activities
- ( ) Fails to complete assignments
- ( ) Fails to follow instructions
- ( ) Highly disruptive, interferes with the learning process
- ( )* Other _____

*Note: Please provide a brief description for the areas identified in the Areas of Growth section of this summary:* Melvin shows alot of respect to staff and teachers. He learns from his mistakes

INTERVENTION: (Briefly describe what actions were taken to develop student in the areas of growth identified) _____

CHILD CARE WORKER: Ellay Cassell    FACILITY: NewBridge

******** IMPORTANT ********

Group Home Case Manager Corrective Actions: _____

CASE MANAGER: Jasmine Ortiz    FACILITY: New View

Your signature below confirms that you have received this information:

Director's Signature: (print) _____ (sign) _____

*** Return by fax @ (718) 861-0689 A.S.A.P. ***

*Thank you for your cooperation.*

25

**NYC Department of Juvenile Justice**
**SEEDS @ Passages Academy-Summit NSD School**
Sydney Blair, Principal
Marva Chevalier, SEEDS Executive Director

Zulma Ortiz, Assistant Principal          William Pratt, School Coordinator
Phone: (718) 861-2003                     Phone: (718) 861-0623

## EDUCATION /BEHAVIOR PERFORMANCE REPORT

Student's Name: Melvin Colon    Subject: All    Date: 2-11-08

### STRENGTHS

- (✓) Gets along with peers/teachers
- (✓) Shows respect toward peers/teachers
- (✓) Initiates assisting in the classroom
- ( ) Participates in classroom activities
- ( ) Completes assignments
- (✓) Follows instructions
- (✓) Is cooperative and considerate towards the learning process
- ( )* Other _____

### AREA OF GROWTH

- ( ) Initiates physical aggressiveness towards teachers
- ( ) Verbally abusive toward peers/teachers
- ( ) Complains excessively of illness
- ( ) Fails to participate in classroom activities
- ( ) Fails to complete assignments
- ( ) Fails to follow instructions
- ( ) Highly disruptive, interferes with the learning process
- ( )* Other _____

*Note: Please provide a brief description for the areas identified in the Areas of Growth section of this summary:* Melvin participated in all subjects and was very helpful. Keep up the good work — (⌣)

INTERVENTION: (Briefly describe what actions were taken to develop student in the areas of growth identified) _____

CHILD CARE WORKER: Ms. Baptiste      FACILITY: Lutheran

********* **IMPORTANT** *********

Group Home Case Manager Corrective Actions: _____

CASE MANAGER: Jasmine Ortiz    FACILITY: New View

Your signature below confirms that you have received this information:
Director's Signature: (print) KIMARA DAWSON    (sign) _____

*** Return by fax @ (718) 861-0689 A.S.A.P. ***

*Thank you for your cooperation.*



# PASSAGES ACADEMY - SUMMIT
SYDNEY BLAIR, PRINCIPAL       ZULMA ORTIZ, ASST. PRINCIPAL

## OBSERVATION/PPT REQUEST

Student's Name **Colon Melvin** Group Home **New View** Date **2/11/08**

Teacher's Name _____ Subject Class _____ Period _____

Circle the number that most accurately reflects your assessment of each statement. Use the box for any specific comments

This student...

| | | | Has a positive attitude toward school | | | |
|---|---|---|---|---|---|---|
| Emphatic no | 1 | 2 | **3** | 4 | 5 | resounding yes |
| | | | Participates alertly and daily in classroom activities | | | |
| Emphatic no | 1 | 2 | **3** | 4 | 5 | resounding yes |
| | | | Always completes his/her assignments | | | |
| Emphatic no | 1 | 2 | **3** | 4 | 5 | resounding yes |
| | | | Cooperates with and shows respect toward peers | | | |
| Emphatic no | 1 | 2 | **3** | 4 | 5 | resounding yes |
| | | | Cooperates with and shows respect toward adults | | | |
| Emphatic no | 1 | 2 | **3** | 4 | 5 | resounding yes |
| | | | Is a distraction to others in the class | | | |
| Emphatic no | 1 | 2 | **3** | 4 | 5 | resounding yes |

Comment (write an anecdotal if a special situation exists).
**Melvin is making good effort in my math class. and he is well behave.**

Initial measures taken to remediate the above situation before requesting ppt.
- Individual conference with student
- Requested DJJ counselor school liaison to intervene
- Changed student's seat
- Called case worker at house
- Called parent

Teacher's Signature _Zulma Ortiz-Schmeyer A.P._           Social Worker's Signature _____

Coordinator' Signature _____

PPT requested (circle)   yes   **no**

Preparation or administration periods available _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Follow up (Social worker gives brief description regarding any meetings, counseling sessions or interventions with student or student's case worker _____

Group Home Case-Manager's Corrective Actions: _____

Case Manager: **Jasmine Ortiz** Facility: **New View** Date: **2/18/08**   28

Return by fax @ (718) 861-2039 ASAP