MY LIFE (new)
my brothers blood is secret as mine i take this oath to mack balla brim i pledge my life and loyality throught sacrifice and dedication i will respect honor and trust in my MBs if i shall fail my obligation to my MBsmy blood will sacrifice

my life (old)
i take this oath and strenght war and existance of the mack balla family shall i display dishonor or disloyality may MBF bring my demise once MB theres no way out... getmoney/ t-moneybags/mbf till the death

MBF history
mbf started in 97 larry o and eli- in july 7 2003 mbf went under the nybba banner and turned mack balla brim

conduct
all macks must move as bosses whether on the chain of command or not all macks must be clean well groomed and look presentable at all times all macks must grind and hustle for themselves and macks that dont have always side with your mack whether rite or wrong never put hands on a mack without permission treat your mack family as its your own always help the poor homeless and handicap when in position to do so loyality over love

the rules
never fuck your macks wife or girl the penalityis death
never lie to your mack
no back bitting
no snitching what so ever
no dope using
never discuss MBs b.i with outsiders
all macks must hustle and grind
never put hands on a mack without permission
never fear nor back down from no one
help the poor homeless and handicap

9 MB laws
no snitching
never back down from a challange
no lying to your MB
never push up or fuck your MBs wife or babymother
never disrespect the chain of command (C.O.C)
no dope using
no back bitting
communacation is a must
all MBs must GET MONEY

```
bank numbers
5901-larry o
5902-eli
5903-sity
5904-councel (bg,g banga,black balla)
5905-murda unit (t-gudda,melly mell balla)
5907-get money rob and (money unit get money eno)
5908-under bosses (disco and malaki)5909
5909-bosses (deadeye and outlaw)
5910- boss
5914-fat boy aka flip (r.i.p tmoney) and chadeo
5915-bronxtale b.t (bank on E)
0904-passion (ballettez)
1022- all outta town MBs
fedz C.OcC
donz-killa and snoop
councel-melly mell-over see all l.u
bosses-boss
under bosses-juntao and hop
capos-5-e weezy 4-millz 3-neff 2-littles 1-crash

balla salutes
get money-mack balla/take money-loyality over love
mack to the balla-wassup/forever macking-chilling/macking and b
balling-chilling
703-ride and rep the family/24/7
fast way-mb comes first/ski mask way-we all we got
T money bags-you my MB/real rite balla-you my MB always
macks up-put in work/mack hard-that work was put in
what your life like-put in work/signed and sealed-i put in work
straight paper-i trust him/short paper-i dont trust him
```

```
balla talk
money in the bank-whats your bank number
169-death,kill,murda
e-wok-family
lostrstone
stove top-stone
them ho,s-ubn
old school-brim
zero-crip
snake road-jail(box)
iced out-im fucked up
mouse boy-enemies
black diamond-kids
red diamond-wife
green diamond-baby moms
yellow diamond-shorty
gray diamond-moms
6040-no
5050-yes
planet of the macks-visit
don status-money
quiet storm-comin threw
we the only movement movin-we cant be fadded
broke the chain-violated
mackk mittenz-hold on
gucci girls-ballettez
go gettaz-money line
mackin like a don-murda unit
five town-nyc
five sight-be on point
focus-police
big apple-police
m1-sunday
m2-mondday
m3-tuesday
m4-wedsday
m5-thursday
m6-friday
m7-saturday
open heart-give me (send that)
death wish-tobacco
garden street-crack
farmer blvd-weed/fly tye-weed
c-note-coke
webster ave-dope/cashmere-dope
jackie-gun,razor
pain itself-ice pick
```

colors
that "red" i bang is for all the dead homies and the blood that runs thought my veins
the "green" is for money i make,weed i smoke,and the grass we battled on
"brown" is the color of earth,war,and our beautifaul women
"black" is universal its the reason we ride
"white" is nuetral
first 9 salutes
hats up,blood on my hat,brim honor,ashes to ashes,brim love
heart of a lion,hats and gats,shoot for the moon,hats r us
greeting
b to the l-oo to the d
uptop-downlow
blood up-blood always up
up and ready-always up and ready
big bs-bigger bs
east side-all the time
red blazer-grenn blazer
red light green light-bang, bang, bang
crip killa-till my hat drop
red moon-till the sun rise
damu,penda,tamu,damu hotop-ottanahatey
hats salutes
hats up-till the world blow up
hats and gats-murda money stacks
hats r us-in brim we trust
blood on my hat-59 bodies on my gat
brim honor-brim trust
ashes to ashes-dust to dust
heart of a lion-rip lil kountry fred
shoot for the moon-still agmost the stars
brim love-love my brim
eastside be the best side-brim side be the homicide
5 to the 9-9 to the 5
59 gun salute-59 shots
32 in the clip-duck and keep firing
fulmetal jacket-metal gear solid
hat 2 hat-back to back
hat boy salute-if it anit brim i shoot
59 shoots-straight out hte hammer

brim history
who started brim-eddie watts and general robert lee we were first known as the "hot boys" until we later started to call ourselves "hat boys" because of the "hats" we were our symbols are-rabbit f foot,hat!

brim oath
my hat to the front or my hat to the side it reallydoesnt matter as long as i wear my hat with pride will i ride? for sure from north to south and east to west nybba is simply the best to lacey and dada i pledge my loyality eternally rip general robert lee lil kountry fred ,epo and ludo fen of our casnalties in hats we trust and gats we bust ashes to ashes and dust to dust brim love

nybba path- nybba was form on feb 2 2002
hat to the front hat to the side it doesnt matter how you wear your hat as long as you wear it with pride will i ride yes 59 from east to west rest in peace general robert lee, lil kountry fred and eli rest in peace to all my soilders that die my love for brim would never die, brim love is what we say brim love is what we mean brim love is what we share with none in between forever by my brim side i be standing forever by my brim i would never abanden brim love

first 4 west
59 street,62 street,harvard park brim,fruit town brim

first 5 east
59 brim,east homicide brim,low rider brim,hit squad brim outlaw 20 brim

first 9 hoods
59 brim,east homicide brim,low rider brim,hit squad brim outlaw 20 brim,mack balla brim,blood hound brim,redside guerilla brim,9 street

first 9 hats
rip epo,peewii,larryo,380,hannibal,shaq,jefford,bum bum,dada

first 5 fathers 4 brim
general robert lee,felix,pumpkin,eli,james-it was 6 but lil kountry fred got killed by hard backs

5 principles
love,loyality,respect,wisdom,honor

5 articals
love,peace,truth,freedom,justice

triple o,s on the right arm
love,loyality,and life

b to the 1
blood love,blood loyality

break down
blood,love,overcome,opperssion,and destruction
brotherly,love,overides,our,depression
better,look,out,or,die
brother,lead,out,of,darkness
beony,life,only,our,damus,stand

9 laws
no back bitting
no hood hopping once brim always a brim
all hats must have a ged or a high schbol edcation
never fearfoe,
brim love is am must
communication is a must
must know all brim and black history
never violate a brim sister
no snitching