Melvin Colon #65760054
M.d.C. Brooklyn Box
P.O. Box 329002
Brooklyn, NY, 11232

JaQuay Thompson
700 Morris Ave Apt 6D
Bronx, NY, 10451



You know I got MB For the Fedz, but I need to Holla At B.O. to you Heard. OH. yea. We putting Them young girls through it shyt dont ever stop. But yoooo IF ya Cant write me back, Just get All the Bro's info that I Ask For to my moms or Whatever Bitch ya ~~something~~ Fucking with the Hardest Have them write me so I could Halla At ya through them. This is A must Im communicating with ya now because my case is over so dont Be scary ya know. The Melly Mel nigga stood tall. Keep ya ears & ya eyes open Only God can Judge us.

P.S. A Real nigga only dies once A Coward dies A thousand deaths.

P.S.2. Communication is A must Family 1st We all we got ya niggaz slipping & xts & Hurting the Bro's its on ya mann.

OFFICIANY signed
Melly mel
BAHA

Melvin Colon #65760054
M.d.c. Brooklyn Box
P.O. Box 329002
Brooklyn, NY, 11232

Elidia Ferrer
459 east 135th st Apt 4w
Bronx, NY, 10454



Too The lil-homie Juice
From The BiG-Homie Mellymel-Balla
Mood 4eva mackin neva stressing.
Ps. Im writing you Because I need you to tell that rat nigga something For me.

    lil-nigga wats good? Hope when you recieve this everything is good with you & your maintaining need you to do me A solid Elidia tell or get these words to son you Heard. & For the record I never told son Anything ugly so you Hanging up on me that day was tuFF your lucky I wasn't Home I would Have ran in your mouth. Behave Tho & you still my lil-son. no need to write BACK & I Know your Address By Heart LoL

    Au you Bitch wat it do. I would Have wrote you But you proBABly snitch again LoL want you to know I Found some Excellent loop-Holes in our case me & my niggaz will Be Home its gonna take time But we stand up on this side. The Bro's said suck they dick I say the same. Shyt Hurt me that you violated Bro I didn't exspect that From you But to Be Aware is to Be Alive. Remember this Bitch Boy

Melvin Colon #65760-054
Mdc Brooklyn Box
P.O. Box 329002
Brooklyn, NY, 11232

Joshua Meregildo #64832-054
Mdc Brooklyn PO Box 329002
Brooklyn, NY, 11232

INMATE Correspondence

Too: Killz-Balla
From: MellyMel-BALLA
Mood: 4eva mackin 4eva My Brother's keeper
Song: MAY-BACH MUSIC meekmillz dreams/nightmare intro
Time: 703 13:26

First & For-most Hope when you recieve this letter you are in the Best oF Health physically & Mentally you Heard. & I Hope my lil-god son good as well you Heard wrd. let me know what He Be needing so I can Help Bro Im getting alot oF street love so its better to use it while I still Get it rather than let it Fade. On Another note Im cooling like a winter Breeze & shyt you Heard I do my psn on wednsday January 30th wrd. SKi-Box Crazy Bro He all the way out oF pocket For living with that young girl you Heard But thats ya man so what more can I say. Anyway the Bro krack's thats the man man LoL He kited me telling me to give shotty A pass I tolded him son good & shyt until He leave or whateva. I learned to neva Jump out the window For niggaz that aint gonna Jump out the window For you wrd. Tell the Family I send my Ice-cold & to stay Immaculate At all times

I love you & miss you though you Heard real-nigga-shyt Bro They violated us Dunn But we got to keep Fighting god-willing something come through in the long run. I get out the Box in may or the end of April Hopefully we get a court-date Before sentencing wrd. How you Been though? How you Feeling? Hope not stressing when I seen you in medical you was looking good my weight up crazy Bro you Better Be workingout nigga But love is loyalty But loyalty is everything you Heard it got to get worst Before it gets Better! When I get to population shyt gonna change in this Building For the Family or Every a duBB wrd to F-### we got it For this side oF the wall As you already know! Write me BACK there shall Be no excuses nor shall you Have to Boomerang anything cause we could write straight through. Balla tAlk is in Full eFFect so if anything I'll read Between the lines. T-money raised me Immaculate ways.

✱ P.S. As regime leaders Honor is Bestowed upon us & its our responsibility to lead our Brothers & Family to divine righteousness while Facing The BACK-lash From our oppresors. Only.God.Can.Judge us.

Signed & sealed
Melly Mel-Balla
BIG-Homie

Dear, Rodney

Greetings & salutation Beloved 1+! Peace & Blessings my Brother, I Hope & pray when this letter reaches you it finds you & those worthy of my concern in the best of health both Mentally & physically as well as A divine state of tranquility! Well my Brother As for myself Im maintaining despite my current situation imposed upon me By this facist goverment! Well How is your little one doing? Send donnell my love If you ever speak to him that was my nigga when we were younger. You know ya Boy is live from deathrow like Suge Knight right now, what can I say something lite same situation As last time, ya Boy Krakk's send his love were Both together. He got jammed up something vicious But minor set BAck For A mAjor come BAck!

On another note Im already aware of the Breach of communication that has Been disconnected Between the capo's! Before the impeachment process is sanctioned another attempt of contact shall Be Attempted By Both you & I! its already two replacements that are in the BAttle field mAcking Hard that are next up to BAt! By the way send me los info in your next Kite & as far as hum situation I Heard different But my ear still to the street. The Bro's L.B & Juntao togetha moBBin

→

&By the time you get this me & Killz should be At our spots! As far as the MAY-BACH is concerned listen closely! The top remains the same followed by the two bosses Boss &tao! E-Wezze is sitting Behind them LOW the seat next to him remains unoccupied! you chillen where wezze used to be followed By fiffty, littlez, millz & crash is a question mark until further notice juu-Heard. This effective immediatley convey All I said to snoop Ill follow up with him when I Hit the pound. Im well aware of nigga$^z$ prior recomendations But due to ya'll Being togetha in one spot & the length of ya time I dont feel its in the best of intrest of the family. Its about growth & development & we can do neither if were not spreaded out & making our presence felt in the pen! But loyalty is all I know I'll Be patiently waiting for ya response Big screens & floor seats We all we got!

P.S. Calamity Has Harden my mind & Heart & turned it to steel!
la-familia is everything

&still I remain
Double m-B