UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                11-cr-576 (PKC)

   -against-                          ORDER

MELVIN COLON,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

      Having considered the factors in <u>Hodge v. Police Officers,</u> 802 F.2d 58, 61 (2d Cir. 1986), the Court denies without prejudice defendant Colon's application for the appointment of counsel for a motion to be filed in the Second Circuit for leave to file a second successive petition for relief from his conviction.

      SO ORDERED.

                                                    P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       January 21, 2022

                                                    Mailed to Melvin Colon